**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

UNITED STATES OF AMERICA

v.                                                    Case  No**.** 1:08CR00024-032

ANTHONY EUGENE DUTY

**NOTICE OF APPEAL**

Anthony Eugene Duty, by counsel, notes his appeal of the judgment entered

against him on August 25, 2009.  Transcripts of the pertinent proceedings previously

have been filed with the court.

ANTHONY EUGENE DUTY

BY COUNSEL       Michael A. Bragg      /s/
                          Michael A. Bragg
                          Bragg Law, PLC
                          P. O. Box 1866
                          Abingdon, Virginia 24212
                          276-628-9160

**CERTIFICATE**

I hereby certify that this 28th  day of August, 2009, I uploaded this Notice to the

Clerk's ECF System to be served electronically upon counsel of record.

Michael A. Bragg      /s/